UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>EDUARDO ALVARES-BERRERA,<br><br>                          Defendant. | Case No.: 3:18-mj-20701-GPC<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS**<br><br>**[ECF No. 12]** |

Before the Court is the Government's motion to dismiss the complaint in this case. (ECF No. 12.) The Government provides no justification for its motion and merely requests that the complaint be dismissed. However, "[a] limited review by the court is necessary, even where the defendant consents. The purpose of this limited review is to protect against prosecutorial impropriety or harassment of the defendant and to assure that the public interest is not disserved." *United States v. Olmos-Gonzales*, 993 F. Supp. 2d 1234, 1235 (S.D. Cal. 2014) (quoting *Korematsu v. United States*, 584 F. Supp. 1406, 1412 (N.D. Cal. 1984)). "To enable courts to carry out this limited review, the government must provide its reasons and factual basis justifying dismissal." *Olmos-Gonzales*, 993 F. Supp. 2d at 1235. As the Government has not provided sufficient reasons or factual bases for the Court to conduct a review, the motion is **DENIED**

without prejudice. The government may refile its motion with a more specific reason or reasons.

**IT IS SO ORDERED.**

Dated: August 16, 2018

Hon. Gonzalo P. Curiel
United States District Judge